UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18-cv-00003-RJC

| | |
|---|---|
| MARY CATHERINE JACKSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NANCY A. BERRYHILL, )<br>Acting Commissioner of )<br>Social Security, )<br>)<br>Defendants. )<br>_____ ) | ORDER |

**THIS MATTER** comes before the Court on Nancy A. Berryhill's ("Defendant") Unopposed Motion for Extension of Time, (Doc. No. 7); Mary Catherine Jackson's ("Plaintiff") Motion for Extension of Time of Scheduling Order Deadlines, (Doc. No. 10); and Defendant's Consent Motion for Extension of Time to File a Response to Plaintiff's Motion to Remand, (Doc. No. 13).

For good cause shown, the Court hereby **GRANTS** the above motions and treats Defendant's Answer, (Doc. No. 8), and Plaintiff's Motion to Remand, (Doc. No. 11), as timely filed. Defendant shall file a response to Plaintiff's Motion to Remand by September 20, 2018.

Signed: August 15, 2018

Robert J. Conrad, Jr.
United States District Judge